FILED
2010 APR 28 A 9 05
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Stuart Irwin Folinsky - #065814      CV 10 80093 MISC

_____/

**ORDER TO SHOW CAUSE**

It appearing that Stuart Irwin Folinsky has been enrolled as an inactive member of the State Bar of California pursuant to Section 6233 of the Business and Professions Code and that he may not practice law while so enrolled effective April 1, 2010,

**IT IS ORDERED**

That respondent show cause in writing on or before June 7, 2010 as to why he should not be so enrolled before this Court, pending further notice from the State Bar of California.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Stuart Irwin Folinsky
6255 W Sunset Blvd Ste 915
Los Angeles, CA 90028