FILED

JUL - 6 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                    No CV 10 80093 MISC VRW

Stuart Irwin Folinsky,
                                     ORDER
     State Bar No 065814

_____/

On April 28, 2010, the court issued an order to show cause (OSC) why Stuart Irwin Folinsky should not be removed from the roll of attorneys authorized to practice law before this court, based upon his enrollment as an inactive member of the State Bar of California pursuant to Section 6223 of the Business and Professions Code, effective April 1, 2010.

The OSC was mailed to Mr Folinsky's address of record with the State Bar on April 28, 2010.  A written response was due on or before June 7, 2010.  No response to the OSC has been filed as of this date.

The court now orders Stuart Irwin Folinsky removed from the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

United States District Court
For the Northern District of California

## UNITED STATES DISTRICT COURT

### FOR THE

### NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Stuart Irwin Folinsky

Case Number: C10-80093 VRW

**CERTIFICATE OF SERVICE**

_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 6, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Stuart Irwin Folinsky
6255 W Sunset Blvd, Ste 915
Los Angeles, CA 90028

Dated: July 6, 2010

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*